

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-16-00513-CR

William B. **EAKLE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10789
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

The reporter's record in this appeal was originally due on December 6, 2016. On December 8, 2016, the deputy clerk of this court notified Lisa Ramos that the reporter's record was late and that she must either file a notification of late record or the reporter's record must be filed no later than January 9, 2017. TEX. R. APP. P. 37.3(a)(2). We received no response to our letter, and the reporter's record has not been filed. A phone call and message left by the deputy clerk on January 17, 2017, has not been returned.

It is therefore ORDERED that Lisa Ramos must file the reporter's record in this court **within ten (10) days** from the date of this order. If the record is not received by such date, a show cause order shall issue directing Lisa Ramos to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Lisa Ramos by certified mail, return receipt requested, with delivery restricted to the addressee only, or give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.



Keith E. Hottle
Clerk of Court